Order Filed on November 10, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITE & CASE LLP**
Gregory F. Pesce (*pro hac vice* pending)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
gregory.pesce@whitecase.com

Andrew F. O'Neill (*pro hac vice* pending)
300 North LaSalle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
aoneill@whitecase.com

Amanda Parra Criste (*pro hac vice* pending)
Varoon Sachdev (*pro hac vice* pending)
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
aparracriste@whitecase.com
varoon.sachdev@whitecase.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*pro hac vice* pending)
Justin R. Alberto (*pro hac vice* pending)
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com
dharris@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

| In re: | Chapter 11 |
| --- | --- |
| THE CHILDREN'S PLACE, INC., *et al.*, | Case No. 26-22682 (SLM) |
| Debtors.[1] | (Joint Administration Requested) |

**ORDER REGARDING**
**DEBTORS' SUPPLEMENTAL APPLICATION FOR**
**EXPEDITED CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following page, numbered three (3), is **ORDERED**.

**DATED: November 10, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

[1] A complete list of each of the Debtors, including each Debtor's tax identification number, in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/TCP. The location of the Debtors' service address for purposes of these chapter 11 cases is 500 Plaza Drive, Secaucus, New Jersey 07094.

After review of the *Debtors' Supplemental Application for Expedited Consideration of First Day Matters* (the "Application"), and for good cause shown; **IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The following motion (the "Motion") is scheduled for hearing, to be conducted via Zoom, before the Honorable Judge Stacey L. Meisel, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102 on Tuesday, November, 10, 2026 at 1:00 P.M.

| Motion | |
|---|---|
| 1. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief |

3. A true copy of this Order shall be served on all required parties in accordance with Local Rule 9013-5(f) and the *General Order Governing Chapter 11 Complex Case Procedures*.

4. Objections and/or responses to the Motion, if any, may be made at the hearing, under Local Rule 9013-5(d).

5. This Court exclusive jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.